# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA GOLD MINES, LLC,
Petitioner,

vs.

THE NEVADA DEPARTMENT OF
CONSERVATION AND NATURAL
RESOURCES; OFFICE OF THE STATE
ENGINEER OF THE STATE OF
NEVADA; AND ADAM SULLIVAN, IN
HIS CAPACITY AS STATE ENGINEER,
Respondents.

No. 84764

FILED

JUN 30 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of prohibition or mandamus challenges the validity of respondent State Engineer's Order No. 1329.

Having considered the petition and its supporting documents, we are not persuaded that our discretionary and extraordinary intervention is warranted. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (observing that this court's intervention by way of writ relief is purely discretionary and is utilized only in extraordinary circumstances); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted). Among other reasons, we are not persuaded that our consideration of petitioner's

SUPREME COURT
OF
NEVADA

(O) 1947A

22-20643

presented issues is warranted in the context of this writ petition when, as petitioner acknowledges, there is ongoing litigation involving those same issues. Accordingly, we

ORDER the petition DENIED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:    Kaempfer Crowell/Reno
       Pisanelli Bice, PLLC
       Kaempfer Crowell/Las Vegas
       Attorney General/Carson City